JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RUDY CASTELLON,

            Petitioner

      v.

PEOPLE OF THE STATE OF CA.,

            Respondent.

Case No. SACV 15-00198-PA (GJS)

**JUDGMENT**

    Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed, with prejudice, as untimely.

DATE: September 1, 2015

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE